**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TUFAMERICA, INC.,

                Plaintiff,                13 **CIVIL** 7874 (LAK)

    -against-                       **JUDGMENT**

WB MUSIC CORP, et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 12/09/2014

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on December 8, 2014, having rendered its Memorandum Opinion (Doc. #19) granting Defendants' motion to dismiss the Complaint [DI 11] in all respects and directing the Clerk of Court to enter judgment and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated December 8, 2014, Defendants' motion to dismiss the Complaint [DI 11] is granted in all respects; accordingly, the case is closed.

**Dated:**  New York, New York
          December 9, 2014

                                              **RUBY J. KRAJICK**

                                              _____
                                              **Clerk of Court**
                **BY:**       K. Mango
                                              _____
                                              **Deputy Clerk**